UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARIO IGLESIA, JOSHUA JUARBE, LUIS FIGUEROA and ADRIAN CARRION,

                        Plaintiff,

            -against-

Police Officer ROBERT E. ANDERSEN, Shield No. 5723; Police Officer SALVATOR LOPICCOLO, Shield No. 15555; Detective VICTOR FALCON, Shield No. 14750; Police Officer ANTHONY NUCCIO, Shield No. 17523; Police Officer JOHN ANASTASAKOS, Shield No. 18889; Police Officer LUIS GONZALEZ, Shield No. 15143; Sergeant VIET CAO, Shield No. 1925; JOSEPH BURKE, EMT # 6092; CHRISTINA ESTEVEZ, EMT # 7099; Police Officers JOHN and JANE DOE 4 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown); EMT Worker JOHN or JANE DOE, individually and in his/her official capacities (the names John and Jane Doe being fictitious, as the true name is presently unknown),

                        Defendants.

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF FIRST AMENDED COMPLAINT**

14 CV 2266 (RJD)(MDG)

       I, Ramsey Baines, being duly sworn deposes and says:

       1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On October 16, 2014, at approximately 4:15 p.m., I served the amended summons and amended complaint in this matter on Police Officer Luis Gonzalez, Shield No. 15143, by delivering a copy of same to Police Officer Fernandez, Shield No. 27171, a person of suitable age and discretion at defendant's actual place of business within the state located at the 72nd Precinct, 830 4th Avenue, Brooklyn, New York.

3. Thereafter, I mailed a copy of the amended summons and amended complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
October 20, 2014

_____
Ramsey Baines

Sworn to me on 20 day
of October 2014

_____
NOTARY PUBLIC