UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARIO IGLESIA, JOSHUA JUARBE, LUIS FIGUEROA
and ADRIAN CARRION,

                                       Plaintiffs,

-against-

Police Officer ROBERT E. ANDERSON, Shield No. 5723;
Police Officer SALVATOR LOPICCOLO, Shield No. 15555;
Detective VICTOR FALCON, Shield No. 14750; Police
Officer ANTHONY NUCCIO, Shield No. 17523; Police
Officer JOHN ANASTASAKOS, Shield No. 18889; Police
Officer LUIS GONZALEZ, Shield No. 15143; Sergeant VIET
CAO, Shield No. 1925; JOSEPH BURKE, EMT # 6092;
CHRISTINA ESTEVEZ, EMT # 7099; Police Officers JOHN
and JANE DOE 4 through 10, individually and in their official
capacities (the names John and Jane Doe being fictitious, as the
true names are presently unknown); EMT Workers JOHN or
JANE DOE, individually and in his/her official capacities (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),

                                         Defendants.
------------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-2266 (RJD)(MDG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

HARVIS WRIGHT & FETT LLP
*Attorneys for Plaintiffs*
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880

By: _____
 Baree N. Fett
 *Attorney for Plaintiffs*

KAUFMAN BORGEEST & RYAN LLP
*Attorney for Defendants Joseph Burke and Christina Estevez*
1205 Franklin Avenue
Garden City, New York 11530

By: _____
 Jonathan R. Hammerman, Esq.
 *Attorney for EMT Defendants*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants Robert Anderson, Salvatore Lopiccolo, Victor Falcon, Anthony Nuccio, John Anastasakos, Luis Gonzalez and Viet Cao*
100 Church Street, Rm. 3-167
New York, New York 10007

By: _____
 Matthew J. Modafferi
 *Senior Counsel*

Dated: Brooklyn, New York
 _____, 2015

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE